```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32424
   ARTHUR A ZENDER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-5426
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/01/04 and confirmed on 11/05/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  10872.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE | SECURED | 1000.00 | 19.20 | 1000.00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 443.13 | .00 | 443.13 |
| ROUNDUP FUNDING LLC | UNSECURED | 1054.95 | .00 | 1054.95 |
| AMERICASH LOANS | UNSECURED | 910.92 | .00 | 910.92 |
| AMERICASH LOANS | UNSECURED | 582.96 | .00 | 582.96 |
| CAPITAL ONE FINANCIAL | UNSECURED | 516.10 | .00 | 516.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 602.60 | .00 | 602.60 |
| MONARCH SERVICES GROUP | UNSECURED | 524.16 | .00 | 524.16 |
| LOU HARRIS & CO | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1145.77 | .00 | 1145.77 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1324.29 | .00 | 1324.29 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1000.00 | .00 | 7104.88 | .00 | 8104.88 |
| PRINCIPAL PAID | 1000.00 | .00 | 7104.88 | .00 | 8104.88 |
| INTEREST PAID | 19.20 | .00 | .00 | .00 | 19.20 |
| TOTAL PAID | 1019.20 | .00 | 7104.88 | .00 | 8124.08 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $  2700.00
and was paid $    500.00   direct and $   2200.00   through the plan.

The Trustee received $    452.76 .

Refunds to the Debtor totaled $      95.16 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```